UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**TIMOTHY SHAWN MANN,**
    **Petitioner,**

 v.                  Case No. 05C1159

**JOHN HUTCH,**
    **Respondent.**

---

## ORDER

  On November 4, 2005, petitioner Timothy Shawn Mann filed this petition pursuant to 28 U.S.C. § 2254, challenging a prison disciplinary "sentence" that resulted in a loss of good time credits. Thereafter, petitioner moved to voluntarily dismiss his petition so that he could return to state court to exhaust his remedies. I granted petitioner's motion and closed this case. Subsequently, petitioner filed a "Motion to Seek Judicial Review and to Reinstate 45 Day Time Limit to File a Writ of Certiorari." In his motion, petitioner asks me to extend a state court filing deadline so that he can file a writ of certiorari in state court. However, petitioner cites no authority pursuant to which I may grant his request and I am aware of none. Accordingly,

  **IT IS ORDERED** that petitioner's motion to seek judicial review and to reinstate 45 day time limit to file a writ of certiorari is **DENIED**.

Dated at Milwaukee, Wisconsin, this 27 day of March, 2006.

/s_____
LYNN ADELMAN
District Judge